No. 91–1935. KOSTELLO ET AL. *v.* WASHINGTON, *ante,* p. 823. Motion of petitioners for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

JANUARY 12, 1993

No. 92–6246. BROWN *v.* POWELL, COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS, ET AL. C. A. 1st Cir. Certiorari dismissed under this Court's Rule 46.